

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's brief was originally due on December 5, 2013. Appellant filed a motion for extension of time to file her brief, which was granted to January 21, 2013. Appellant did not file her brief on January 21, 2014. Instead, on January 21, 2014, the parties filed a joint motion asking to abate this appeal for mediation. We granted the motion and ordered the parties to advise us of the status of the mediation by March 7, 2014. On March 7, 2014, the parties filed a joint motion asking for a thirty-day extension of the mediation abatement. Again, we granted the parties' joint motion and ordered the parties to advise us of the status of the mediation by April 7, 2014. On April 7, 2014, the parties filed another joint motion asking for a sixty-day extension of the mediation abatement. This motion is **GRANTED in part**. **The mediation abatement is extended until May 7, 2014. However, no further extensions will be granted.**

The parties are ORDERED to notify the court in writing of the status of the mediation on or before May 7, 2014. If the mediation is successful, a motion to dismiss this appeal should accompany the parties' status report. If the mediation is unsuccessful, this appeal will be reinstated on the court's docket and a briefing schedule will be set.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court